15-12350

FILED
2015 APR 16 PM 3:08
M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DFP CLK

Certificate Number: 04721-WAW-CC-024765313

04721-WAW-CC-024765313

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 27, 2014</u>, at <u>3:02</u> o'clock <u>PM PST</u>, <u>Cyndee Baudhuin</u> received from <u>Consumer Education and Training Services</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Washington</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>December 29, 2014</u>         By:     <u>/s/Anthony M Leahy</u>

Name:   <u>Anthony M Leahy</u>

Title:  <u>Manager</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).