IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re:<br><br>CYNDEE LEE BAUDHUIN ,<br><br><br><br>Debtor(s). | IN CHAPTER 13 PROCEEDING<br>NO. 15-12350-MLB<br><br>*Proposed*<br>ORDER DISMISSING CASE AND<br>BARRING DEBTOR FROM RE-FILING<br>BANKRUPTCY FOR 180 DAYS |
|---|---|

THIS MATTER having come before the Court upon the Chapter 13 Trustee's motion to dismiss debtor's case and to bar debtor from re-filing for bankruptcy relief for 180 days, proper notice having been given, and the Court having examined the files and records herein, having heard any argument of counsel, and being otherwise fully advised, now, therefore, it is hereby

ORDERED that this case is dismissed; and

ORDERED that the above-named debtor be, and hereby is barred from re-filing for bankruptcy relief under Title 11, United States Code, for a period of 180 days from the date of the entry of this Order.

/ / /End of Order/ / /

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124

ORDER DISMISSING CASE - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282