```
                                              Judge: Marc Barreca
                                              Chapter: 13
                                              Hearing Date: May 28, 2015
                                              Hearing Time: 9:30 a.m.
                                              Hearing Location:
                                                   Judge Barreca's Courtroom
                                                   700 Stewart St #7106
                                                   Seattle, WA 98101
                                              Response Date: May 21, 2015
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>CYNDEE LEE BAUDHUIN ,<br><br><br><br>Debtor(s). | IN CHAPTER 13 PROCEEDING<br>NO. 15-12350-MLB<br><br>NOTICE OF MOTION<br>AND HEARING |

PLEASE TAKE NOTICE that the Chapter 13 Trustee's **Motion to Dismiss Case and Bar Refiling** IS SET FOR HEARING as follows:

      Judge:    Marc Barreca
      Place:    Judge Barreca's Courtroom
                   700 Stewart St #7106
                   Seattle, WA 98101
      Date:     May 28, 2015
      Time:    9:30 a.m.

IF YOU OPPOSE the motion, you must file your **written response** with the Court Clerk NOT LATER THAN THE RESPONSE DATE, which is **May 21, 2015.**

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Date: April 22, 2015

                                        */s/ John E. Barton*, WSBA #45529 for
                                        K. MICHAEL FITZGERALD
                                        Chapter 13 Trustee