JUDGE MARC L. BARRECA
Chapter 13
Hearing Date: May 28, 2015
Hearing Time: 9:30 a.m.
Hearing Location: Judge Barreca's Courtroom
Response Date: May 21, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

    CYNDEE BAUDHUIN,

              Debtor(s).

Case No. 15-12350-MLB

Chapter: 13

DECLARATION OF MELISSA A. HUELSMAN IN SUPPORT OF DEBTOR'S RESPONSE TO MOTION TO DISMISS FILED BY CHAPTER 13 TRUSTEE

I, Melissa A. Huelsman, declare:

1. I have just stepped in as the attorney of record for the Debtor herein in a very limited capacity due to circumstances that would have led to a premature dismissal of the Debtor's case. I have personal knowledge of the facts as stated herein and if called upon to testify to the truth thereof, I could and would do so.

2. I only agreed to assist Ms. Baudhuin today to prepare the outstanding bankruptcy Schedules, Statement of Financial Affairs, and other necessary documentation, as well as the Chapter 13 Plan and this Response. That is the extent of my agreement to represent Ms. Baudhuin, as I had previously determined that I did not want to represent the Debtor in another bankruptcy.

DECLARATION OF MELISSA A. HUELSMAN IN SUPPORT OF DEBTOR'S RESPONSE TO MOTION TO DISMISS FILED BY CHAPTER 13 TRUSTEE - 1

LAW OFFICE OF
MELISSA A. HUELSMAN, P.S.
705 SECOND AVE, SUITE 601
SEATTLE, WASHINGTON 98104
Telephone (206) 447-0103

Case 15-12350-MLB    Doc 14    Filed 05/22/15    Ent. 05/22/15 00:03:01    Pg. 1 of 5

3. When Ms. Baudhuin filed the 2014 case, the plan was to use the Chapter 13 to allow her to sell the property herself and preserve as much of her equity as possible. I was required to file a short file case in order to stop the foreclosure sale because I did not meet Ms. Baudhuin until right before the scheduled sale date. In addition, because of the holidays and the fact that I was going home to visit my family, I could not prepare the additional documentation on a very short time period. I also needed Ms. Baudhuin to provide me with the necessary supporting documentation, as it was not given to Ms. Huelsman before the initial filing.

5. Over the course of the several weeks after filing, my staff and I made every effort to obtain that documentation. Ms. Baudhuin struggled with health issues during that period of time and apparent confusion about what was necessary in order to complete the filing. She had a particularly difficult time obtaining copies of her paystubs so that she could assist me in completing the Means Test. Ultimately, it became clear that Ms. Baudhuin could not provide sufficient information and supporting documentation to complete the filing and Ms. Baudhuin and I determined that the case should be dismissed until Ms. Baudhuin had the necessary paperwork. *Id.*

6. Thereafter, Ms. Baudhuin determined that she believed that she could do something else in order to save the property from foreclosure, rather than selling the home. Ms. Baudhuin had also received a Notice of Default from her first mortgage creditor and I referred her to Parkview Services, a housing counseling agency, to assist her at no cost with an FFA mediation in order to stop that non-judicial foreclosure. But I determined that I did not want to represent Ms. Baudhuin in another bankruptcy case and so advised Ms. Baudhuin to find other representation well before a new Sheriff's Sale was scheduled by the homeowners' association. Ms. Baudhuin acknowledged receipt of this information.

DECLARATION OF MELISSA A. HUELSMAN IN
SUPPORT OF DEBTOR'S RESPONSE TO MOTION TO
DISMISS FILED BY CHAPTER 13 TRUSTEE - 2

LAW OFFICE OF
MELISSA A. HUELSMAN, P.S.
705 SECOND AVE, SUITE 601
SEATTLE, WASHINGTON 98104
Telephone (206) 447-0103

Case 15-12350-MLB    Doc 14    Filed 05/22/15    Ent. 05/22/15 00:03:01    Pg. 2 of 5

7. However, on the day before the scheduled Sheriff's Sale date, Ms. Baudhuin contacted my office to seek assistance in preparing the documents necessary for a short form filing. I agreed to provide Ms. Baudhuin with those documents based upon the previously created bankruptcy forms and they were provided to her because she had so little time. The Petition identified Ms. Baudhuin's address, just as it had done on the previous case, but Ms. Baudhuin apparently did not notice that it was missing her apartment number.

8. Ms. Baudhuin apparently filed the documents necessary for a short file on April 16, 2015 and paid the full filing fee. I had agreed to provide Ms. Baudhuin with copies of some of the other forms which had been completed in connection with her previous filing, but reiterated that I was not going to represent her. Ms. Baudhuin was supposed to make arrangements to come to the office to obtain copies of those documents but did not do so for several weeks. I had also advised Ms. Baudhuin that she would need to file a motion to extend the stay and indicated that I would give her a sample pleading.

9. I emailed Ms. Baudhuin several times over the next few weeks asking if she still wanted an appointment, but no appointment was made. Finally, on May 20, 2015, in response to my inquiry, Ms. Baudhuin responded and indicated that her case was going to be dismissed that same day if she did not file a creditors' list. Ms. Baudhuin came to my office that afternoon and obtained a copy of that printout, which she then took to Court for filing.

10. At around 1 pm, Ms. Baudhuin contacted me and described what was happening, and the pending motion to dismiss. I was working from home but in light of the circumstances, I agreed to come into the office downtown to assist Ms. Baudhuin so that she would not lose an opportunity to keep the case alive. Ms. Baudhuin also indicated that she was finally going to put the house on the market as she realized that she could not afford to keep it. However, I ould not

DECLARATION OF MELISSA A. HUELSMAN IN
SUPPORT OF DEBTOR'S RESPONSE TO MOTION TO
DISMISS FILED BY CHAPTER 13 TRUSTEE - 3

LAW OFFICE OF
MELISSA A. HUELSMAN, P.S.
705 SECOND AVE, SUITE 601
SEATTLE, WASHINGTON 98104
Telephone (206) 447-0103

Case 15-12350-MLB    Doc 14    Filed 05/22/15    Ent. 05/22/15 00:03:01    Pg. 3 of 5

complete the documents for Ms. Baudhuin in sufficient time for her to file the pleadings with the Court by bringing them to the courthouse. These are the reasons that I only agreed to undertake a very limited representation of Ms. Baudhuin under an hourly agreement and until it became clear that there was no other option for filing the documents on May 21, 2015, I did not intend to file any of the pleadings under her name as she did not intend to represent Ms. Baudhuin.

This Declaration made under penalty of perjury under the laws of the United States of America this 21st day of May, 2015 at Seattle, Washington.

By: */s/ Melissa A. Huelsman*
Melissa A. Huelsman, WSBA #30935
Attorney for Debtors

DECLARATION OF MELISSA A. HUELSMAN IN SUPPORT OF DEBTOR'S RESPONSE TO MOTION TO DISMISS FILED BY CHAPTER 13 TRUSTEE - 4

LAW OFFICE OF
MELISSA A. HUELSMAN, P.S.
705 SECOND AVE, SUITE 601
SEATTLE, WASHINGTON 98104
Telephone (206) 447-0103

Case 15-12350-MLB    Doc 14    Filed 05/22/15    Ent. 05/22/15 00:03:01    Pg. 4 of 5

## CERTIFICATE OF SERVICE

I, Melissa A. Huelsman, declare under penalty of perjury of laws of the state of Washington that on May 22, 2015, I caused to be electronically filed with this court's ECF filing service a true and accurate copy of the foregoing document - with any exhibits, attachments and supporting pleadings - which caused electronic service notification to the following:

| | |
|---|---|
| US Trustee | [X] Via ECF Auto-Generated Email<br>[ ] Legal Messenger – next day delivery<br>[ ] By regular U.S mail, postage prepaid<br>[ ] By Air Courier |
| Interim Trustee K Michael Fitzgerald | [X] Via ECF Auto-Generated Email<br>[ ] Legal Messenger – next day delivery<br>[ ] By regular U.S mail, postage prepaid<br>[ ] By Air Courier |
| Clerk of the Court | [X] Via ECF Auto-Generated Email<br>[ ] Legal Messenger – next day delivery<br>[ ] By regular U.S mail, postage prepaid<br>[ ] By Air Courier |
| All creditors listed on the Creditor Matrix | [ ] Via ECF<br>[ ] Legal Messenger – next day delivery<br>[X] By regular U.S mail, postage prepaid<br>[ ] By Air Courier |

DATED this Friday, May 22, 2015, at Seattle, Washington.

*/s/ Melissa A. Huelsman*
Melissa A. Huelsman

DECLARATION OF MELISSA A. HUELSMAN IN SUPPORT OF DEBTOR'S RESPONSE TO MOTION TO DISMISS FILED BY CHAPTER 13 TRUSTEE - 5

LAW OFFICE OF
MELISSA A. HUELSMAN, P.S.
705 SECOND AVE, SUITE 601
SEATTLE, WASHINGTON 98104
Telephone (206) 447-0103

Case 15-12350-MLB    Doc 14    Filed 05/22/15    Ent. 05/22/15 00:03:01    Pg. 5 of 5