Entered on Docket June 1, 2015

**Below is the Order of the Court.**



**Marc Barreca
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

CYNDEE LEE BAUDHUIN,

Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 15-12350-MLB

ORDER DISMISSING CASE AND
BARRING DEBTOR FROM RE-FILING
BANKRUPTCY FOR 180 DAYS

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case and Bar the Debtor from Re-filing Bankruptcy for 180 Days (ECF No. 8). The Court finds that the debtor filed this case in bad faith and the Court made findings of fact and conclusions of law at the May 28, 2015 hearing pursuant to Federal Rule of Bankruptcy Procedure 7052. Based on the record, including the Court's findings and conclusions, it is

ORDERED that:

1) This case is dismissed; and

2) The debtor is barred from re-filing for bankruptcy relief under Title 11 of the United States Code for a period of 180 days from the date of entry of this order.

/ / /End of Order/ / /

ORDER DISMISSING CASE AND
BARRING DEBTOR FROM RE-FILING
BANKRUPTCY - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 15-12350-MLB    Doc 27    Filed 06/01/15    Ent. 06/01/15 09:48:58    Pg. 1 of 2

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124

ORDER DISMISSING CASE AND
BARRING DEBTOR FROM RE-FILING
BANKRUPTCY - 2

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 15-12350-MLB    Doc 27    Filed 06/01/15    Ent. 06/01/15 09:48:58    Pg. 2 of 2