Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 15−12350−MLB
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Cyndee Lee Baudhuin
3671 Dayton Ave N
Seattle, WA 98103−9334

Social Security / Individual Taxpayer ID No.:
   xxx−xx−5309

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **June 1, 2015 for Cyndee Lee Baudhuin, Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: June 1, 2015

                                        Mark L. Hatcher
                                        Clerk, U.S. Bankruptcy Court